UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DARA R. LEWEN,                              Case No. 00-6130-CIV-FERGUSON

    Plaintiff,

vs.

HUMANA, INC.,

    Defendant.
_____/

FILED by _____ D.C.

MAR 13 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of the above-styled case is appropriate pursuant to Local Rule 3.9(c) due to lower-numbered related case 99-3309-CIV-MORENO, and subject to consent herein below, it is

**ORDERED** that the above-numbered case is hereby transferred to the calendar of Judge Federico A. Moreno for all further proceedings.

**DATED** in Chambers at Ft. Lauderdale, Florida, this _____ day of March, 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE



Page 2                                                        UNITED STATES DISTRICT COURT
                                                              SOUTHERN DISTRICT OF FLORIDA

After reviewing the court file in the above-numbered cause, the undersigned hereby accepts the transfer of said case.

Therefore, it is

**ORDERED** that all pleadings hereinafter filed shall bear the following number:

Case No.00-6130-CIV-MORENO thereby indicating the Judge to whom all pending pleadings should be routed to or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted this ___ day of _____, 1999. (2000)

                                        _____
                                        FEDERICO A. MORENO
                                        UNITED STATES DISTRICT JUDGE

copies provided:
Wilkie D. Ferguson, U.S. District Judge
Lucy Lara, Case Reassignment Clerk
Andrew B. Peretz, Esq.