

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6130-CIV-MORENO/Dube

DARA R. LEWEN,

    Plaintiff,

v.

HUMANA INC.,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned firm hereby appears as additional counsel of record for the Defendant Humana, Inc. Undersigned counsel requests that copies of further pleadings and correspondence be directed to the undersigned at the address below.

        ADORNO & ZEDER, P.A.

        _____
        Henry N. Adorno
        Fla. Bar No. 160203, hna@adorno.com
        Raoul G. Cantero, III
        Fla. Bar No. 552356, rgc@adorno.com
        2601 South Bayshore Drive, Suite 1600
        Miami, Florida  33133
        Phone: (305) 858-5555
        Fax:   (305) 858-4777

Case No. 00-6130-CIV-MORENO/Dube

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was served by mail this 22d day of March, 2000, upon:

Andrew B. Peretz
Barrett, Gravante, Carpinello & Stern
One East Broward Boulevard, Suite 620
Ft. Lauderdale, FL 33301

Michael Straus
Bainbridge & Straus, LLP
2210 2nd Avenue North
Birmingham, AL 35203

RGC/L.NOTICE/277/99/14623.001

2

ADORNO & ZEDER, P.A.
2601 SOUTH BAYSHORE DRIVE • SUITE 1600 • MIAMI, FLORIDA 33133 • TELEPHONE (305)858-5555 • TELEFAX 858-4777